(HC) Anderson v. State of California

Doc. 3

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES KY ANDERSON,

      Petitioner,               No. CIV S-05-1542 DFL KJM P

    vs.

THE STATE OF CALIFORNIA,

      Respondent.         ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus under 28 U.S.C. § 2254.

        The application attacks a conviction issued by the Mendocino County Superior Court. While both this Court and the United States District Court in the district where petitioner was convicted have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in Mendocino County. Id. at 499 n.15; 28 U.S.C. § 2241(d).

/////

/////

/////

/////

1

Dockets.Justia.com

1         Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this
2 matter is transferred to the United States District Court for the Northern District of California.
3 DATED: August 4, 2005.

                                                  UNITED STATES MAGISTRATE JUDGE

/kf
ande1542.108