IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES KY ANDERSON,

    Petitioner,　　　　　　　　No. CIV S-05-1542 DFL KJM P

  vs.

THE STATE OF CALIFORNIA,

    Respondent.　　　　　　　　<u>ORDER</u>

_____/

       Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus under 28 U.S.C. § 2254.

       The application attacks a conviction issued by the Mendocino County Superior Court. While both this Court and the United States District Court in the district where petitioner was convicted have jurisdiction, see <u>Braden v. 30th Judicial Circuit Court</u>, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in Mendocino County. <u>Id.</u> at 499 n.15; 28 U.S.C. § 2241(d).

/////
/////
/////
/////

1       Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this
2 matter is transferred to the United States District Court for the Northern District of California.
3 DATED: August 4, 2005.

                                                UNITED STATES MAGISTRATE JUDGE

/kf
ande1542.108

2